UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE MELENDEZ,

                       Plaintiff,        22-cv-1869 (JGK)

        - against -

                                    ORDER

BATH & BODY WORKS, LLC ET AL.,

                       Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 30, 2022.

SO ORDERED.

Dated:    New York, New York
           March 14, 2022

                                             John G. Koeltl
                                 United States District Judge