```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHELLE MELENDEZ,

                Plaintiff,

    - against -

BATH & BODY WORKS, LLC, ET AL.,

                Defendants.

22-cv-1869 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, fact discovery in this case concluded on December 5, 2022, and expert discovery concluded on April 15, 2023. The plaintiff now complains about discovery disputes in connection with information to provide to an expert that was recently retained. The discovery cutoff for all discovery, including expert discovery, is extended to **June 30, 2023**. Expert reports must be provided on or before **June 16, 2023**, to allow for depositions of the experts. The parties are welcome to set a date for any rebuttal expert reports. Any dispositive motions must be filed by **July 21, 2023**.

    The Court refers this case to the Magistrate Judge in a referral filed contemporaneously with this Order. Any discovery disputes should be raised with the Magistrate Judge, including an explanation as to why the dispute was not previously raised and why resolving the dispute is necessary for purposes of expert discovery. This Order does not reopen any closed discovery; the

Magistrate Judge will be better positioned to determine whether a fair reason exists for additional discovery, notwithstanding the passage of the deadline for fact discovery. The Magistrate Judge can adjust any of the deadlines set forth above as needed.

**SO ORDERED.**

**Dated:**   **New York, New York**
**April 17, 2023**

_____
John G. Koeltl
**United States District Judge**