```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHELLE MELENDEZ,

                Plaintiff,

    - against -

BATH & BODY WORKS, LLC, ET AL.,

                Defendants.

22-cv-1869 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendant's motion for summary judgment is due **December 22, 2023.** The plaintiff's response is due **January 22, 2024.** The reply is due **February 2, 2024.**

SO ORDERED.

Dated:    New York, New York
            November 20, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge