UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE MELENDEZ,                              22-cv-1869 (JGK)

                Plaintiff,           ORDER

    - against -

BATH & BODY WORKS, LLC, ET AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 27.

**SO ORDERED.**

Dated:    New York, New York
           February 5, 2024

                                        _____
                                              John G. Koeltl
                                      United States District Judge