UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE MELENDEZ,

                Plaintiff,              22-cv-1869 (JGK)

     - against -                ORDER

BATH & BODY WORKS, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, the defendant's motion to exclude the plaintiff's expert testimony and motion for relief for the alleged spoliation of evidence are **denied** without prejudice to the defendant's ability to raise any issues of spoliation at trial. The defendant's motion for summary judgment is **granted in part and denied in part**. The Clerk is directed to close ECF No. 27.

SO ORDERED.

Dated:    New York, New York
            August 7, 2024         _____
                                             John G. Koeltl
                                        United States District Judge