UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELLE MELENDEZ,

      Plaintiff(s)

                       22 civ 1869 (JGK)

 -against-

BATH & BODY WORKS, et al.,

      Defendant(s).
------------------------------------------------------------X

## ORDER

A final pretrial conference in this action is scheduled for **Tuesday, October 8, 2024, at 11:00am.**

**Trial in this action is scheduled for Monday, October 21, 2024, at 9:00am.**

**SO ORDERED.**

                              _____
                               JOHN G. KOELTL
                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   September 17, 2024