```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MELENDEZ,

           Plaintiff,

-v-

BATH & BODY WORKS, LLC, *et al.*,

           Defendants.

**ORDER**

22-CV-1869 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated April 17, 2023, this case was referred to Judge Cott for General Pretrial, including settlement. Doc. 18. On August 28, 2024, this referral was reassigned to me. I am advised that the parties wish to hold a settlement conference before October 8, 2024. As soon as possible, the parties should contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, proposing dates between now and October 8 when they are available for an in-person settlement conference. The parties are directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo before scheduling the conference.

**SO ORDERED.**

Dated: September 23, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge